1 BLECHER COLLINS PEPPERMAN & JOYE, P.C.
Maxwell M. Blecher (State Bar No. 26202)
2 mblecher@blechercollins.com
Courtney A. Palko (State Bar No. 233822)
3 cpalko@blechercollins.com
515 South Figueroa Street, Suite 1750
4 Los Angeles, California 90071-3334
Telephone: (213) 622-4222
5 Facsimile: (213) 622-1656

6 Attorneys for Plaintiff
NOVATION VENTURES, LLC
7

8
UNITED STATES DISTRICT COURT
9
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
10

11

| | |
|---|---|
| NOVATION VENTURES, LLC, | Case No. 2:15-cv-00954 |
| Plaintiff, | **PLAINTIFF'S NOTICE OF INTERESTED PARTIES** |
| vs. | |
| THE J.G. WENTWORTH COMPANY, LLC, a Delaware limited liability company, formerly known as JGWPT HOLDINGS, LLC; THE J.G. WENTWORTH COMPANY, a Delaware corporation, formerly known as JGWPT, INC.; J.G. WENTWORTH S.S.C. Limited Partnership, a Nevada limited partnership; and PEACH HOLDINGS, LLC, a Delaware limited liability company dba PEACHTREE FINANCIAL SOLUTIONS, | |
| Defendants. | |

1  TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF
2  RECORD:
3     Pursuant to Central District Local Rule 7.1-1, the undersigned counsel of
4  record for Plaintiff Novation Ventures, LLC certifies that the following listed party
5  has a direct, pecuniary interest in the outcome of this case.  This representation is
6  made to enable the Court to evaluate the possible disqualification or recusal:

| PARTY | CONNECTION/INTEREST |
|---|---|
| Novation Ventures, LLC | Plaintiff |

Dated:  February 10, 2015

BLECHER COLLINS
PEPPERMAN & JOYE, P.C.
MAXWELL M. BLECHER
COURTNEY A. PALKO


By:    */s/ Maxwell M. Blecher*
    Maxwell M. Blecher
   Attorneys for Plaintiff
   Novation Ventures, LLC

71067.1

-1-