1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Harold A. Barza (Bar No. 80888)
2    halbarza@quinnemanuel.com
   Michael E. Williams (Bar No. 181299)
3    michaelwilliams@quinnemanuel.com
4  Kristen Bird (Bar No. 192863)
     kristenbird@quinnemanuel.com
5  Shahin Rezvani (Bar No. 199614)
     shahinrezvani@quinnemanuel.com
6  865 South Figueroa Street, 10th Floor
7  Los Angeles, California  90017-2543
   Telephone: (213) 443-3000
8  Fax: (213) 443-3100

9  Counsel for Defendants The J.G. Wentworth
   Company, LLC, The J.G. Wentworth Company,
10 J.G. Wentworth S.S.C. Limited Partnership, and
11 PeachHoldings, LLC

12                UNITED STATES DISTRICT COURT

13        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NOVATION VENTURES, LLC, | CASE NO. 2:15-cv-00954-BRO-PJW |
| Plaintiff, | **DEFENDANTS' NOTICE OF INTERESTED PARTIES (L.R. 7.1-1)** |
| vs. | |
| THE J.G. WENTWORTH COMPANY, LLC, a Delaware limited liability company, formerly known as JGWPT HOLDINGS, LLC; THE J.G. WENTWORTH COMPANY, a Delaware corporation, formerly known as JGWPT, INC.; J.G. WENTWORTH S.S.C. Limited Partnership, a Nevada limited partnership; and PEACH HOLDINGS, LLC, a Delaware limited liability company dba PEACHTREE FINANCIAL SOLUTIONS, | |
| Defendants. | |

The undersigned, counsel of record for Defendants The J.G. Wentworth Company, LLC, The J.G. Wentworth Company, J.G. Wentworth S.S.C. Limited Partnership, and PeachHoldings, LLC, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

The J.G. Wentworth Company, LLC (named defendant);

The J.G. Wentworth Company (named defendant);

J.G. Wentworth S.S.C. Limited Partnership (named defendant);

PeachHoldings, LLC (named defendant);

J.G. Wentworth, LLC (subsidiary of The J.G. Wentworth Company, LLC);

Orchard Acquisition Company, LLC (subsidiary of J.G. Wentworth, LLC);

J.G. Wentworth Structured Settlement Funding II, LLC (subsidiary of Orchard Acquisition Company, LLC); and

PeachHI LLC (subsidiary of Orchard Acquisition Company, LLC).

DATED: April 6, 2015

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/* Michael Williams
Harold A. Barza (Bar No. 80888)
Michael E. Williams (Bar No. 181299)
Kristen Bird (Bar No. 192863)
Shahin Rezvani (Bar No. 199614)
Counsel for Defendants The J.G. Wentworth Company, LLC, The J.G. Wentworth Company, J.G. Wentworth S.S.C. Limited Partnership, and PeachHoldings, LLC