UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NOVATION VENTURES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>THE J.G. WENTWORTH COMPANY, LLC, a Delaware limited liability company, formerly known as JGWPT HOLDINGS, LLC; THE J.G. WENTWORTH COMPANY, a Delaware corporation, formerly known as JGWPT, INC.; J.G. WENTWORTH S.S.C. Limited Partnership, a Nevada limited partnership; PEACH HOLDINGS, LLC, a Delaware limited liability company dba "PEACHTREE FINANCIAL SOLUTIONS" and as "OLIVE BRANCH FUNDING",<br><br>Defendants. | CASE NO. 2:15-cv-00954 BRO (PJW)<br><br>**FINAL JUDGMENT**<br><br>Judge: Hon. Beverly Reid O'Connell |

1    THE COURT, HAVING CONSIDERED AND GRANTED WITH
2 PREJUDICE the Motion to Dismiss filed by Defendants The J.G. Wentworth
3 Company, LLC, The J.G. Wentworth Company, J.G. Wentworth S.S.C. Limited
4 Partnership, and PeachHoldings, LLC ("Defendants") by Order entered February 1,
5 2016 (ECF No. 50),
6    HEREBY ENTERS FINAL JUDGMENT for Defendants.  Plaintiff Novation
7 Ventures, LLC, shall take nothing by way of the Second Amended Complaint, and
8 its claims against Defendants are DISMISSED WITH PREJUDICE.

11 **IT IS HEREBY ORDERED**

12 Dated: February 10, 2016

13                    HONORABLE BEVERLY REID O'CONNELL
                     UNITED STATES DISTRICT COURT JUDGE